Mark F. Anderson (SBN 44787)
ANDERSON CONSUMER LAW
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Email: mark@andersonconsumerlaw.com

Attorney for Plaintiff Shawn Bailey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN BAILEY,

    Plaintiff,

v.

AMERICAN HONDA FINANCE CORPORATION, et al,

    Defendants.

Case No. 18-cv-03301 RS

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF ENTIRE ACTION

IT IS HEREBY STIPULATED by and between counsel for plaintiff Shawn Bailey and counsel for defendants American Honda Finance Corporation and Experian Information Solutions, Inc. that this entire action and all claims asserted against defendants American Honda Finance Corporation and Experian Information Solutions, Inc. may be dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff Shawn Bailey and defendants American Honda Finance Corporation and Experian Information Solutions, Inc. each agree to bear their own costs and attorneys' fees.

Dated: November 21, 2018

/s/ Mark F. Anderson
Mark F. Anderson
ANDERSON CONSUMER LAW
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Ph: (415) 651-1951

**STIP AND ORDER FOR DISMISSAL -- BAILEY V AM HONDA FINANCE CORP, NO. 18-03301 RS**
4719143.1 -- N1694.2

| | |
|---|---|
| mark@andersonconsumerlaw.com | Attorney for Plaintiff |

/s/ *S. Christopher Yoo*
S. Christopher Yoo
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
cyoo@AlvaradoSmith.com          Attorney for defendant
American Honda Finance Corporation

/s/ *Jennifer Sun*
Jennifer Sun
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Phone: (949) 851-3939
jennifersun@jonesday.com          Attorney for defendant
Experian Information Solutions, Inc.

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 20, 2018.

/s/ *Mark F. Anderson*

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED that defendants American Honda Finance Corporation and Experian Information Solutions, Inc. are dismissed with prejudice as to all claims asserted against each of them.  Plaintiff Shawn Bailey and defendants American Honda Finance Corporation and Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees. |

Dated: 11/26/18

_____
Honorable Richard Seeborg
United States District Judge